Case 4:14-cr-00232-DPM   Document 140   Filed 03/10/15   Page 1 of 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 10 2015

JAMES W. McCORMACK, CLERK
By: /s/ Kathy Swanson
         DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 4:14CR00232-09 DPM

Moneque Lewis

### CLERK MINUTE

DATE: 3/10/2015
HEARING TYPE: Gov't Motion to Revoke
BEFORE U. S. MAGISTRATE JUDGE J. THOMAS RAY
LITTLE ROCK, ARKANSAS
COURTROOM #1C

ASSISTANT U. S. ATTORNEY: Chris Givens
DEFENSE COUNSEL: Asher Boyd
U. S. PROBATION OFFICER: Alisa Scifres

COURT BEGAN: 2:00 p.m.

Defendant admitted to the allegations contained in violation memo - after hearing argument of counsel, the Court found there were no condition or set of conditions that could be imposed that the defendant would comply. Defendant detained and remanded to the custody of U.S. Marshal

COURT ADJOURNED: 2:15 p.m.

ECRO/CRD: Kathy Swanson